FILED
February 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D87

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Melvern S. Hogan and Nora Shirley Hogan | **Case No :** | 08-29380 - B - 13 J |
| | | **Date :** | 2/24/09 |
| | | **Time :** | 09:30 |
| **Matter :** | [59] - Motion/Application to Value Collateral of Homecomings Financial [SAC-4] Filed by Debtor Melvern S. Hogan, Joint Debtor Nora Shirley Hogan (maws) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. The value of the collateral available to Homecomings Financial on its second deed of trust is $0.00. $0.00 of creditor's claim secured by the second deed of trust is a secured claim, and the balance of its claim is an unsecured claim.

Dated: February 26, 2009

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge